**RECEIVED**

MAY - 7 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ROBERT J. SOILEAU, JR.** | *CIVIL NO. 6:14-3472 |
| **VERSUS** | *JUDGE DOHERTY |
| **CROWN OILFIELD CONSTRUCTION & MARINE, LLC** | *MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  No objections have been filed.  The Court concludes that the Report and Recommendation of the magistrate judge is correct.  Accordingly;

**IT IS ORDERED** that the Motion to Dismiss [rec. doc. 3] is **granted** and, accordingly, that plaintiff's independent claims for compensatory damages, punitive damages and attorney's under 45 U.S.C. § 60 are **dismissed**, reserving the plaintiff's right to argue that evidence of the statutory violation is proper in connection with his claim for punitive damages under the general maritime law for Crown's alleged failures to comply with its maintenance and cure obligations.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this ___7___ day of ___May___, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE